1  ROBERT S. LARSEN, ESQ.
   Nevada Bar No. 7785
2  WING YAN WONG, ESQ.
   Nevada Bar No. 13622
3  GORDON REES SCULLY MANSUKHANI, LLP
   300 South 4th Street, Suite 1550
4  Las Vegas, Nevada 89101
   Telephone: (702) 577-9300
5  Facsimile: (702) 255-2858
   E-Mail: rlarsen@grsm.com
6          wwong@grsm.com

7  F. THOMAS EDWARDS, ESQ.
   Nevada Bar No. 9549
8  HOLLEY DRIGGS WALCH FINE
   WRAY PUZEY & THOMPSON
9  400 South Fourth Street, Third Floor
   Las Vegas, Nevada 89101
10 Telephone: (702) 791-0308
   Facsimile: (702) 791-1912
11 E-mail: tedwards@nevadafirm.com

12 *Attorneys for Defendants*
   *eTouch Menu, Inc. and Scott Morrow*
13

14                UNITED STATES DISTRICT COURT

15                    DISTRICT OF NEVADA

16 eTouch LV, LLC, a Nevada limited liability     )  Case No.: 2:18-cv-02066-JCM-NJK
   company,                                       )
17                                                )  **STIPULATION AND ORDER TO**
                Plaintiff,                        )  **EXTEND TIME FOR**
18                                                )  **DEFENDANTS' RESPONSE TO**
        v.                                        )  **THE COMPLAINT (ECF NO. 1-1)**
19                                                )
   eTouch Menu, Inc., a Minnesota corporation;    )  **(First Request)**
20 SCOTT MORROW, and individual; and DOES 1 –     )
   10, inclusive,                                 )
21                Defendants.                     )
                                                  )
22 _____)

23        Pursuant to LR IA 6-1, Plaintiff eTouch LV, LLC and Defendants eTouch Menu, Inc. and

24 Scott Morrow, by and through the parties' respective counsel, pending the Court's approval,

25 being that the current date for Defendant to file a response to Plaintiff's Complaint (ECF 1-1), is

26 November 2, 2018, pursuant to Fed. R. Civ. P. 81(c)(2), hereby STIPULATE AND AGREE that

27 this filing deadline shall be extended to on or before November 9, 2018.

28

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

1   This is the <u>first extension</u> requested in connection with this pleading and the parties do

2   not anticipate requesting another extension as it related to the response to the Complaint.  The

3   purpose of this extension is because the parties are engaging in early settlement talks and have

4   been attempting to resolve procedural issues.

5       For these reasons, the parties respectfully request that this Court approve the foregoing

6   stipulation.

7   Dated this _2nd_ day of November, 2018.        Dated this _2nd_ day of November, 2018.

8   **LEWIS ROCA ROTHGERBER**                      **GORDON REES SCULLY MANSUKHANI,**
    **CHRISTIE LLP**                               **LLP**

9

10  */s/ John Bragonje*                            */s/Robert S. Larsen*
    JOHN BRAGONJE, ESQ. (NBN 9159)                 ROBERT S. LARSEN, ESQ. (NBN 7785)

11  DON G. MARTIN, ESQ. (NBN 6736)                 WING YAN WONG, ESQ. (NBN 13622)
    3993 Howard Hughes Parkway, Suite 600          300 South Fourth Street, Suite 1550

12  Las Vegas, Nevada 89169                        Las Vegas, Nevada 89101

13  *Attorneys for Plaintiff eTouch LV, LLC*       *Attorneys for Defendants eTouch Menu, Inc. and*
                                                   *Scott Morrow*

14
                                                   Dated this _2nd_ day of November, 2018.

15
                                                   **HOLLEY DRIGGS, WALCH**

16                                                 **FINE WRAY PUZEY & THOMPSON**

17

18                                                 */s/ F. Thomas Edwards*
                                                   F. THOMAS EDWARDS, ESQ. (NBN 09549)

19                                                 400 South Fourth Street, Suite 300
                                                   Las Vegas, Nevada 89101

20                                                 *Attorneys for Defendants eTouch Menu, Inc. and*
                                                   *Scott Morrow*

21

22
                                                   **ORDER**

23
                                                   **IT IS SO ORDERED.**

24

25                                                 _____
                                                   UNITED STATES MAGISTRATE JUDGE

26

27

28                                                 DATED: ___November 5, 2018_____

-2-