John E. Bragonje
State Bar No. 9519
E-mail: jbragonje@lrrc.com
Don G. Martin
State Bar No. 6736
E-mail: dmartin@lrrc.com
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: 702.949.8200
Fax: 702.949.8398
E-mail: jbragonje@lrrc.com
E-mail: dmartin@lrrc.com

*Attorneys for Plaintiff/Counter-defendant
eTouch LV, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| eTouch LV, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>eTouch Menu, Inc., a Minnesota corporation; Scott Morrow, an individual; DOES 1 to 10, inclusive,<br><br>Defendant. | Case No. 2:18-CV-02066-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF/COUNTER-DEFENDANT TO RESPOND TO THE COUNTERCLAIM (ECF NO. 11)**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, Plaintiff/Counter-defendant eTouch LV, LLC and Defendants/Counter-claimants eTouch Menu, Inc. and Scott Morrow, by and through their respective counsel of record, agree that the deadline for Plaintiff to file an answer or otherwise respond Defendants' Counterclaim (ECF No. 11) be extended by 7 days, from November 30, 2018 to December 7, 2018.

This is the first request for an extension on the response to Defendants' Counterclaim. The parties affirm that this stipulation and request for an extension is not being made for purposes of delay or harassment but to allow for additional time for Plaintiff to respond to the Counterclaim in light of the intervening Thanksgiving holiday and Plaintiff's counsel's travel schedule.

106662762_1

1     IT IS SO STIPULATED this 29th day of November, 2018.

| | |
|---|---|
| LEWIS ROCA ROTHGERBER CHRISTIE LLP | GORDON REES SCULLY MANSUKHANI, LLP |
| By: s/s John Bragonje<br>    John Bragonje<br>    State Bar No. 9519<br>    Don G. Martin<br>    State Bar No. 6736<br>    3993 Howard Hughes Pkwy, Suite 600<br>    Las Vegas, NV 89169-5996<br><br>*Attorneys for Plaintiff/Counter-defendant eTouch LV, LLC* | By: /s/ Robert S. Larsen<br>    Robert S. Larsen<br>    State Bar No. 7785<br>    Wing Yan Wong<br>    State Bar No. 13622<br>    300 South Fourth Street, Suite 1550<br>    Las Vegas, Nevada 89101<br><br>*Attorneys for Defendants/Counter-claimants eTouch Menu, Inc. and Scott Morrow* |

HOLLEY DRIGGS, WALCH
FINE WRAY PUZEY & THOMPSON

By: /s/ F. Thomas Edwards
    F. Thomas Edwards
    State Bar No. 9549
    400 South Fourth Street, Suite 300
    Las Vegas, Nevada 89101

*Attorneys for Defendants/Counter-claimants eTouch Menu, Inc. and Scott Morrow*

**ORDER**

**IT IS SO ORDERED.**

_____
United States Magistrate Judge

DATED: December 3, 2018