# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ETOUCH LV, LLC, | Case No.: 2:18-cv-02066-JCM-NJK |
| Plaintiff(s), | **ORDER** |
| v. | |
| ETOUCH MENU, INC., et al., | |
| Defendant(s). | |

In light of the supplemental showing made, Docket No. 23, the Court **DISCHARGES** the order to show cause why the case should not be remanded for lack of subject matter jurisdiction (Docket No. 6).

IT IS SO ORDERED.

Dated: December 13, 2018

_____
Nancy J. Koppe
United States Magistrate Judge

1