# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ETOUCH LV, LLC, | Case No.: 2:18-cv-02066-JAD-NJK |
| Plaintiff(s), | **Order** |
| v. | |
| ETOUCH MENU, INC., et al., | |
| Defendant(s). | |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than January 23, 2019, either (1) a joint proposed discovery plan; or (2) a status report explaining why a proposed discovery plan should not be filed at this time.

IT IS SO ORDERED.

Dated: January 16, 2019

_____
Nancy J. Koppe
United States Magistrate Judge