John E. Bragonje (SBN 9519)
Jennifer K. Hostetler (SBN 11994)
Brian D. Blakely (SBN 13074)
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: 702.949.8200
E-mail:jbragonje@lrrc.com
E-mail:dmartin@lrrc.com
E-mail: jhostetler@lrrc.com

*Attorneys for Plaintiff eTouch LV, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| eTouch LV, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>eTouch Menu, Inc., a Minnesota corporation; Scott Morrow, an individual; DOES 1 to 10, inclusive,<br><br>Defendant.<br><br>AND ALL RELATED CLAIMS. | Case No. 2:18-cv-02066-JCM-NJK<br><br>**AMENDED STIPULATION AND ORDER TO DISBURSE FUNDS DEPOSITED WITH THE COURT** |

Plaintiff/Counter-Defendant eTouch LV, LLC ("Plaintiff") and Defendant/Counter-Claimant eTouch Menu, Inc. ("eTM") and Scott Morrow ("Morrow") (together "Defendants"), hereby stipulate and agree that this matter has settled and that the $500,001.00 Plaintiff has deposited with the Court should be released and dispersed. (*See* ECF Nos. 40, 43, 58 (three court-ordered deposits of $166,667.00 each, for a total of $500,001.00). Specifically, the parties stipulate as follows:

On March 5, 2019, this Court ordered Plaintiff to "deposit $1.5 million with the clerk of court, in quarterly installments . . . [of] $166,667.00." (Order, ECF No. 39.) On March 8, 2019, Plaintiff made its first quarterly deposit of $166,667.00 with the Clerk of the Court. (Certificate of Deposit, ECF No. 40.) On March 29, 2019, Plaintiff made its second $166,667.00 deposit.

109702217.1

(Certificate of Deposit, ECF No. 43.) And on June 27, 2019, Plaintiff made its third $166,667.00 deposit. (Certificate of Deposit, ECF No. 58.) Together Plaintiff's three deposits total $500,001.00.

The parties have now entered into a settlement agreement and, to facilitate that agreement, they request that the Court order the release and disbursement of the deposited $500,001.00, <u>by two separate checks</u>, as follows:

1. Four Hundred Fifty Thousand and 00/100 Dollars **($450,000.00)** payable to eTouch Menu, Inc., a Minnesota corporation. (eTouch Menu, Inc.'s W9 is attached.)

2. Fifty Thousand One and 00/100 Dollars **($50,001.00)** payable to eTouch LV, LLC, a Nevada limited liability company. (eTouch LV, LLC's W9 is attached.)

3. One hundred percent (100%) of the interest that has accrued is to be issued to eTouch LV, LLC.

4. The check for eTouch Menu, Inc. is to be mailed to eTouch Menu, Inc., Attention: Scott Morrow, 9540 Laketown Rd., Chaska, MN 55318.

5. The check(s) for eTouch LV, LLC is to be mailed to eTouch LV, LLC, Attention: Gary Kapral, 10100 W. Charleston Blvd., Ste. 130, Las Vegas, NV 89135.

The parties further stipulate that Plaintiff has no further obligation to deposit any additional funds with the Court and that Plaintiff's obligations under the March 5, 2019, Order are discharged. This stipulation disposes of all of the funds currently deposited with the Court.

IT IS SO STIPULATED.

Dated this 14th day of November, 2019.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: */s/ John E. Bragonje*
John E. Bragonje (SBN 9519)
Jennifer K. Hostetler (SBN 11994)
Brian D. Blakely (SBN 13074)
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: 702.949.8200
jbragonje@lrrc.com
jhostetler@lrrc.com
bblakley@lrrc.com
*Attorneys for Plaintiff eTouch LV, LLC*

Dated this 14th day of November, 2019.

HOLLEY DRIGGS WALCH FINE WRAY PUZEY & THOMPSON, LTD.

By: */s/ F. Thomas Edwards*
F. Thomas Edwards (SBN 9549)
400 South Fourth Street, Third Floor
Las Vegas, NV 89101
Telephone: 702.791.0308
tedwards@nevadafirm.com

109702217.1

GORDON REES SCULLY
MANSUKHANI, LLP

By: _____
   Robert S. Larsen (SBN 7785)
   Wing Yan Wong (SBN 13622)
   300 South Fourth Street, Ste. 1550
   Las Vegas, NV 89101
   Telephone: 702.577.9300
   rlarsen@grsm.com
   wwong@grsm.com
   *Attorneys for Defendants eTouch*
   *Menus, Inc. and Scott Morrow*

## ORDER

IT IS HEREBY ORDERED that the Clerk of the Court release and disburse the $500,001.00 deposited with the Court, <u>by two separate checks</u>, as follows:

1. Four Hundred Fifty Thousand and 00/100 Dollars ($450,000.00) payable to eTouch Menu, Inc., a Minnesota corporation; and

2. Fifty Thousand One and 00/100 Dollars ($50,001.00) payable to eTouch LV, LLC, a Nevada limited liability company.

3. One hundred percent (100%) of the interest that has accrued is to be issued to eTouch LV, LLC.

4. The check for eTouch Menu, Inc. is to be mailed to eTouch Menu, Inc., Attention: Scott Morrow, 9540 Laketown Rd., Chaska, MN 55318.

5. The check(s) for eTouch LV, LLC is to be mailed to eTouch LV, LLC, Attention: Gary Kapral, 10100 W. Charleston Blvd., Ste. 130, Las Vegas, NV 89135.

. . .

. . .

. . .

. . .

. . .

109702217.1

IT IS FURTHER ORDERED that Plaintiff's obligations under the March 5, 2019, Order are discharged.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: November 18, 2019

109702217.1

Form **W-9**
(Rev. October 2018)
Department of the Treasury
Internal Revenue Service

# Request for Taxpayer
# Identification Number and Certification

▶ Go to *www.irs.gov/FormW9* for instructions and the latest information.

Give Form to the requester. Do not send to the IRS.

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

Etouch LV LLC

**2** Business name/disregarded entity name, if different from above

**3** Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only **one** of the following seven boxes.

- [✓] Individual/sole proprietor or single-member LLC
- [ ] C Corporation
- [ ] S Corporation
- [ ] Partnership
- [ ] Trust/estate

- [ ] Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶ _____

   Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is **not** disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

- [ ] Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

*(Applies to accounts maintained outside the U.S.)*

**5** Address (number, street, and apt. or suite no.) See instructions.

10100 W Charleston BLvd., Suite 130

**6** City, state, and ZIP code

Las Vegas, NV 89135

Requester's name and address (optional)

**7** List account number(s) here (optional)

## Part I  Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

**Note:** If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

Social security number

| | | - | | | - | | | |

or

Employer identification number

| 8 | 2 | - | 2 | 9 | 0 | 4 | 0 | 4 | 5 |

## Part II  Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign Here**  Signature of U.S. person ▶ *Gary Kepral*   Date ▶ 11/1/2019

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9*.

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

- Form 1099-INT (interest earned or paid)

- Form 1099-DIV (dividends, including those from stocks or mutual funds)
- Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)
- Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)
- Form 1099-S (proceeds from real estate transactions)
- Form 1099-K (merchant card and third party network transactions)
- Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)
- Form 1099-C (canceled debt)
- Form 1099-A (acquisition or abandonment of secured property)

   Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

   *If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See* What is backup withholding, *later.*

Cat. No. 10231X                                       Form **W-9** (Rev. 10-2018)

| Form **W-9** | **Request for Taxpayer** | Give Form to the |
|---|---|---|
| (Rev. October 2018) | **Identification Number and Certification** | requester. Do not |
| Department of the Treasury Internal Revenue Service | ▶ Go to *www.irs.gov/FormW9* for instructions and the latest information. | send to the IRS. |

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

eTouchMenu, Inc.

**2** Business name/disregarded entity name, if different from above

**3** Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only **one** of the following seven boxes.

☐ Individual/sole proprietor or single-member LLC ☒ C Corporation ☐ S Corporation ☐ Partnership ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶ _____

**Note:** Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is **not** disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

☐ Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

*(Applies to accounts maintained outside the U.S.)*

**5** Address (number, street, and apt. or suite no.) See instructions.

9540 Laketown Rd

**6** City, state, and ZIP code

Chaska MN 55318

Requester's name and address (optional)

**7** List account number(s) here (optional)

### Part I   Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

**Note:** If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

Social security number: ___-__-____

or

Employer identification number: 26-4748478

### Part II   Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign Here**   Signature of U.S. person ▶ *Cynthia M Houle*   Date ▶ 11/02/2019

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9*.

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

• Form 1099-INT (interest earned or paid)

• Form 1099-DIV (dividends, including those from stocks or mutual funds)

• Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)

• Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)

• Form 1099-S (proceeds from real estate transactions)

• Form 1099-K (merchant card and third party network transactions)

• Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)

• Form 1099-C (canceled debt)

• Form 1099-A (acquisition or abandonment of secured property)

  Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

  *If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See* What is backup withholding, *later.*

Cat. No. 10231X   Form **W-9** (Rev. 10-2018)