John Bragonje
Nevada Bar No. 9519
Jennifer K. Hostetler
Nevada Bar No. 11994
Brian D. Blakley
Nevada Bar No. 13074
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: 702.949.8200
E-mail:jbragonje@lrrc.com
E-mail: jhostetler@lrrc.com
E-mail: bblakley@lrrc.com

*Attorneys for Plaintiff eTouch LV, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| eTouch LV, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>eTouch Menu, Inc., a Minnesota corporation; Scott Morrow, an individual; DOES 1 to 10, inclusive,<br><br>Defendants.<br><br>AND ALL RELATED CLAIMS. | Case No. 2:18-cv-02066-JCM-NJK<br><br>**STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE** |

## Stipulation

Plaintiff and counter-defendant eTouch LV, LLC, by and through its attorneys, Lewis Roca Rothgerber Christie LLP, and defendant and counter-plaintiff eTouch Menu, Inc. and defendant Scott Morrow, by and through their attorneys, Holley Driggs Walch Fine Wray Puzey & Thompson and Gordon Rees Scully Mansukhani, LLP, hereby stipulate as follows:

The parties have entered into a separate settlement agreement and stipulate that all claims asserted in the above-captioned matter are hereby dismissed with prejudice, each party to bear his or its own respective attorney fees and costs.

110269514.1

SO STIPULATED this 23rd day of January:

| | |
|---|---|
| LEWIS ROCA ROTHGERBER CHRISTIE LLP | HOLLEY DRIGGS WALCH FINE WRAY PUZEY & THOMPSON, LTD. |

By: */s/ John E. Bragonje*
  John E. Bragonje
  State Bar No. 9519
  Jennifer K. Hostetler
  State Bar No. 11994
  Brian D. Blakley
  Nevada Bar No. 13074
  3993 Howard Hughes Pkwy, Suite 600
  Las Vegas, NV 89169-5996
  Tel: 702.949.8200
  jbragonje@lrrc.com
*Attorneys for Plaintiff eTouch LV, LLC*

By: */s/ F. Thomas Edwards*
  F. Thomas Edwards
  State Bar No. 9549
  400 South Fourth Street, Third Floor
  Las Vegas, NV 89101
  Telephone: 702.791.0308
  tedwards@nevadafirm.com

GORDON REES SCULLY MANSUKHANI, LLP

By: */s/ Wing Yan Wong*
  Robert S. Larsen
  State Bar No. 7785
  Wing Yan Wong
  State Bar No. 13622
  300 South Fourth Street, Ste. 1550
  Las Vegas, NV 89101
  Telephone: 702.577.9300
  rlarsen@grsm.com
  wong@grsm.com

*Attorneys for Defendants eTouch Menus, Inc. and Scott Morrow*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: January 31, 2020

2